# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

George Warugongo,

        Plaintiff,

v.

Northstar Location Services, LLC,

        Defendant.

Civil Action No.: 3:14-cv-00693-GCM

## **STIPULATION OF DISMISSAL**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to dismiss the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Northstar Location Services, LLC with prejudice and without costs to any party.

| George Warugongo | Northstar Location Services, LLC |
|---|---|
| ___/s/ Ruth M. Allen_____ | ___/s/ Nicholas D. Wilson___ |
| Ruth M. Allen, Esq.<br>Bar Number: 34739<br>7413 Six Forks Road, Suite 326<br>Raleigh, NC 27615<br>Tel: (855) 301-2100 Ext. 5536<br>Fax: (888) 953-6237<br>Email: rallen@lemberglaw.com<br>Attorney for Plaintiff | Nicholas D. Wilson<br>Bar Number: 33064<br>GORDON & REES, LLP<br>3737 Glenwood Ave, Ste 100<br>Raleigh, NC 27612<br>Email: nwilson@gordonrees.com<br>Attorney for Defendant |

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By */s/ Ruth M. Allen*
Ruth M. Allen, Esq.